UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Elias Moshe,                                      Court File No.

        Plaintiff,

vs.                                               **NOTICE OF REMOVAL**
                                                  **PURSUANT TO 28 U.S.C. 1446(a)**

Brooklyn Park Police Department,


        Defendant.

---

TO:   The United States District Court for the District of Minnesota.

Defendant, through its attorneys, Jason M. Hiveley, Stephanie A. Angolkar, and Emma M. Baker, IVERSON REUVERS, 9321 Ensign Avenue South, Bloomington, Minnesota, 55438, hereby petitions the Court for the removal of this action from the District Court of the State of Minnesota, County of Hennepin, to the United States District Court for the District of Minnesota, all pursuant to 28 U.S.C. § 1441 and § 1446.  The petitioner respectfully shows and asserts to this honorable court:

1.      That Defendant in the above entitled action is the defendant in a civil action brought against it in the District Court for the State of Minnesota, County of Hennepin, in a case entitled *Elias Moshe, Plaintiff vs. Brooklyn Park*

*Police Department, Defendant.* Attached hereto is a true copy of Plaintiff's Complaint.

2.    Service of the Complaint was made upon Brooklyn Park Police Department on March 18, 2025.[1]

3.    Defendant believes Plaintiff has purported to assert a cause of action under federal statute 42 U.S.C. § 1983, asserting various civil rights allegations.

4.    The above-entitled action could have been brought originally in Federal Court because of the federal questions which have been asserted under the original jurisdiction statute 28 U.S.C. § 1331.

5.    The matter in controversy between the Plaintiff and the Defendant allegedly exceeds the sum of $75,000, exclusive of interest and costs.

6.    That contemporaneous with the filing of this notice, further notice is given to Plaintiff and to the Court Administrator, County of Hennepin, State of Minnesota, pursuant to 28 U.S.C. § 1446(d).

7.    It is respectfully submitted that removal of this action is proper and that this Court has jurisdiction to adjudicate the dispute between the parties in this case.

---

[1] Defendant contends personal service was improper because it was left at the front desk of the Brooklyn Park Police Department and was not delivered to the chief executive officer or to the clerk of the defendant city as required pursuant to Minn. R. Civ. P. Rule 4.03(e)(2).

**WHEREFORE,** your petitioner moves that this cause proceed in this Court, the United States District Court for the District of Minnesota, as an action properly removed thereto.

Dated: April 16, 2025

s/    Emma M. Baker
Jason M. Hiveley, #311546
Stephanie A. Angolkar, #388336
Emma M. Baker, #505333
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN  55438
(952) 548-7200
jasonh@iversonlaw.com
stephanie@iversonlaw.com
emma@iversonlaw.com
*Attorneys for Defendant*

## **VERIFICATION**

STATE OF MINNESOTA)
                              :ss
COUNTY OF HENNEPIN)

Emma M. Baker, being first duly sworn upon oath, deposes and states: that she is the attorney for the above named defendant in the foregoing action, that she has read the foregoing notice and knows the contents thereof, and that the same is true of her own knowledge, except as to matters stated on information and belief and as to those matters, she believes them to be true. Emma M. Baker states that she has read Rule 11 of the Federal Rules of Civil Procedure and that this Notice of Removal is signed pursuant to said Rule 11.

By  s/Emma M. Baker
    Emma M. Baker #505333

Subscribed and sworn to before
me this 16th day of  April, 2025.

s/Rebecca J. Eitreim
Notary Public
My Commission Expires: 1/31/2030

4